ANNETTE E. WINEHILL, Respondent, *v.* CONSOLIDATED GAS COMPANY OF NEW YORK, Appellant.

*Winehill* v. *Consolidated Gas Co. of N. Y.*, 93 App. Div. 614, affirmed. (Argued October 20, 1905; decided November 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 3, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Paul Gorham* and *David McClure* for appellant.

*Daniel P. Hays* and *Ralph Wolf* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., BARTLETT, HAIGHT, VANN and WERNER, JJ. Not sitting: GRAY, J. Absent: O'BRIEN, J.